IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No. 22-00292-JKB |
| | * | |
| **MICHAEL GWALTNEY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL

The Defendant, MICHAEL GWALTNEY, through his attorney, Christopher Madiou, respectfully requests that the Defendant's Sentencing Memorandum and Exhibits be filed under seal and in support thereof states the following:

Given the extensive discussion of Mr. Gwaltney's traumatic childhood and other sensitive topics discussed throughout, the Defendant's Sentencing Memorandum and attached Exhibits should be placed under seal.

WHEREFORE, the Defendant respectfully requests that the attached Sentencing Memorandum and Exhibits be filed under seal.

Date:  September 24, 2025            Respectfully submitted,

_[signature]_
_____
Christopher Madiou, Esq.

*Counsel for Michael Gwaltney*
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(917) 408-6484

1